15 A.3d 43

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Darrin MOUZON, Respondent.**

Supreme Court of Pennsylvania.

Feb. 16, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of February 2011, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

Does the Superior Court's decision overturning [respondent's] first-degree murder conviction contradict this Court's precedent holding that: (A) one who instigates or continues the underlying difficulty may not later claim self-defense; (B) deadly force may not be used against an unarmed victim who is backing away, and thus no longer poses a threat; and (C) even when a *prima facie* case of self-defense is presented, a trial court has discretion to exclude evidence of a victim's prior criminal convictions that were remote in time?